

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00382-CR

Rene **ESCALANTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd Judicial District Court, Edwards County, Texas
Trial Court No. 1679
The Honorable Robert Hoffman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 10, 2015.

_____
Karen Angelini, Justice